UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DEMETRIUS PLEASANT,**<br><br>Plaintiff,<br><br>vs.<br><br>**CONSUMER PORTFOLIO SERVICES, INC.; and DOES 1 through 10, inclusive,**<br><br>Defendants. | **Case No.**<br>**6:13-cv-00871-RFD-CMH** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff DEMETRIUS PLEASANT hereby voluntarily dismisses his claims, with prejudice, against Defendants CONSUMER PORTFOLIO SERVICES, INC.; and DOES 1 through 10, inclusive.

Dated: 10/8/2013                                    RESPECTFULLY SUBMITTED,

By:/s/ Nicholas M. Graphia
Nicholas M. Graphia (Bar No. 33159)
Law Office of Nicholas M. Graphia, LLC
767 Florence Street
Baton Rouge, LA 70806
Phone: (225) 366-8618
Fax: (888) 909-6892
ngraphia@nmglegal.com
*Attorney for Plaintiff, Demetrius Pleasant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, CONSUMER PORTFOLIO SERVICES, INC., at the address stated below, and deposited said envelope in the United States mail.

CONSUMER PORTFOLIO SERVICES, INC.
19500 Jamboree Road,
Irvine, California 92618

By:/s/ Nicholas M. Graphia
Nicholas M. Graphia, Esq.